UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CLIFFORD D. JACKSON, III, ) | CASE NO. 1:11 CV 2700 |
| ) | |
| Plaintiff, ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| v. ) | |
| ) | MEMORANDUM OF OPINION |
| 19 ACTION NEWS, ) | AND ORDER |
| ) | |
| Defendants. ) | |

On December 13, 2011, Plaintiff *pro se* Clifford D. Jackson, III, an inmate at the Cuyahoga County Jail filed this *in forma pauperis* action against 19 Action News, a Cleveland television broadcast. Plaintiff alleges Defendant broadcasted that he broke into a house at 7200 Ivy, and that this statement was defamatory. Plaintiff seeks compensatory and punitive damages, and an order prohibiting Defendant from harassing him. For the reasons stated below, this action is dismissed pursuant to 28 U.S.C. § 1915(e).

Although *pro se* pleadings are liberally construed, *Boag v. MacDougall*, 454 U.S. 364, 365 (1982) (per curiam); *Haines v. Kerner*, 404 U.S. 519, 520 (1972), the district court is required to dismiss an action under 28 U.S.C. § 1915(e) if it fails to state a claim upon which relief can be granted, or if it lacks an arguable basis in law or fact. *Neitzke v. Williams*, 490 U.S. 319 (1989); *Lawler v. Marshall*, 898 F.2d 1196 (6th Cir. 1990); *Sistrunk v. City of Strongsville*, 99 F.3d 194, 197 (6th Cir. 1996).

This action lacks an arguable basis in law. There are no facts set forth in the Complaint

suggesting a proper basis for this Court's jurisdiction, as the parties are both located in Ohio and no federal statute is implicated by Plaintiff's claim. This action is therefore appropriately subject to summary dismissal. *Lowe v. Hustetler*, No. 89-5996, 1990 WL 66822 (6th Cir. May 21, 1990).

Accordingly, this action is dismissed under section 1915(e). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

 S/Christopher A. Boyko
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

January 30, 2012